UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

HOWARD O. WUNDERLICH, AS TRUSTEE OF THE HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH, IN HER INDIVIDUAL CAPACITY, AND AS TRUSTEE OF THE ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

*Plaintiffs*,

- against -

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, AND ENRICO SCARDA,

*Defendants.*

---------------------------------------------------------------x

**CIVIL ACTION NO.:**

**SUMMONS IN A CIVIL ACTION**

To:

Liberty Meadows, LLC
One Rabro Drive, Suite 100
Hauppauge, NY 11788

Demetrius Tsunis
c/o Liberty Meadows, LLC
One Rabro Drive, Suite 100
Hauppauge, NY 11788

Enrico Scarda
c/o Liberty Meadows, LLC
One Rabro Drive, Suite 100
Hauppauge, NY 11788

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren Oved, Esq.
Oved & Oved, LLP
401 Greenwich Street
New York, NY 10013

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:

DOUGLAS C. PALMER
*CLERK OF COURT*

______________________________
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________________ was received by me on *(date)*_______________.

- ☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* _________________ ; or
- ☐ I left the summons at the individual's residence or usual place of abode with *(name)*___________________, a person of suitable age and discretion who resides there, on *(date)*_____________ , and mailed a copy to the individual's last known address; or
- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* _________________ on *(date)* ________________; or
- ☐ I returned the summons unexecuted because _________________________________________; or
- ☐ Other *(specify)*:______________________________________________________________________.

My fees are $ _________________ for travel and $ _______________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date:

______________________
*Server's signature*

______________________
*Printed name and title*

______________________

______________________
*Server's address*

Additional information regarding attempted service, etc.:

______________________________________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________
______________________________________________________________________________________