AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| HOWARD O. WUNDERLICH, et. al. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   2:14-cv-06936 |
| LIBERTY MEADOWS, LLC, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, and ENRICO SCARDA       .

Date:      01/08/2015

*Attorney's signature*

Linda U. Margolin - LM 6621
*Printed name and bar number*

BRACKEN MARGOLIN BESUNDER LLP
1050 Old Nichols Road, Suite 200
Islandia, New York  11749

*Address*

lmargolin@bmblawllp.com
*E-mail address*

(631) 234-8585
*Telephone number*

(631) 234-8702
*FAX number*