UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HOWARD O. WUNDERLICH, as Trustee of the HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH in her Individual Capacity, and as Trustee of the ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

Plaintiffs,

-against-

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, and ENRICO SCARDA,

Defendants.

-----------------------------------------------------------------X

Case No. 2:14-cv-06936 (LDW)(GRB)

**STIPULATION AND ORDER EXTENDING ALL DEFENDANTS' TIME TO ANSWER THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Plaintiffs and all Defendants, that the time for Defendants LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS and ENRICO SCARDA, to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Complaint in this action, is hereby extended up to and including the 16th day of January, 2015. No previous request for an extension has been made.

**IT IS FURTHER AGREED** that Defendants agree to waive all objections and defenses to personal jurisdiction.

Dated: December 22, 2014

OVED & OVED LLP

_______________________

By: Adam S. Katz, Esq.
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, New York 10013
(212) 226-2376/ (212) 226-7555 (fax)
akatz@ovedlaw.com

BRACKEN MARGOLIN BESUNDER LLP

_______________________

By: Linda U. Margolin
*Attorneys for Defendants*
1050 Old Nichols Road, Suite 200
Islandia, New York 11749
(631) 234-8585/(631) 234-8702 (fax)
lmargolin@bmblawllp.com

SO ORDERED:

_______________________

Leonard D. Wexler U.S.D.C.J.