UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HOWARD O. WUNDERLICH, AS TRUSTEE OF THE HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH, IN HER INDIVIDUAL CAPACITY, AND AS TRUSTEE OF THE ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

*Plaintiffs*,

- against -

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, AND ENRICO SCARDA,

*Defendants.*

**CASE NO.: 2:14-CV-06936**

**REPLY TO COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

Plaintiffs/Counterclaim Defendants, by and through their attorneys, Oved & Oved LLP, reply to Defendants/Counterclaim Plaintiffs' answer and counterclaims dated January 16, 2015 (the "Answer and Counterclaims"), upon information and belief, as follows:

1. Deny the allegations contained in Paragraph 14 of the Answer and Counterclaims and refer to the Complaint referenced therein for the true and correct contents thereof.

2. Paragraph 15 of the Answer and Counterclaims calls for a legal conclusion to which no response is required, but to the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 15 of the Answer and Counterclaims.

3. Paragraph 16 of the Answer and Counterclaims calls for a legal conclusion to which no response is required, but to the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 16 of the Answer and Counterclaims.

4. Paragraph 17 of the Answer and Counterclaims calls for a legal conclusion to which no response is required, but to the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 17 of the Answer and Counterclaims.

5. Deny the allegations contained in Paragraph 18 of the Answer and Counterclaims and refer to the Complaint referenced therein for the true and correct contents thereof.

6. Paragraph 19 of the Answer and Counterclaims calls for a legal conclusion to which no response is required, but to the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 19 of the Answer and Counterclaims.

7. Paragraph 20 of the Answer and Counterclaims calls for a legal conclusion to which no response is required, but to the extent a response is required, Plaintiffs deny the allegations contained in Paragraph 20 of the Answer and Counterclaims.

**FIRST AFFIRMATIVE DEFENSE**

8. Defendants' counterclaims are barred, in whole or in part, by documentary evidence.

**SECOND AFFIRMATIVE DEFENSE**

9. Defendants fail to state a cause of action for which relief may be granted.

**THIRD AFFIRMATIVE DEFENSE**

10. Defendants' counterclaims are barred by the doctrines of bad faith, misrepresentation, and/or unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

11. Defendants are not entitled to the relief they seek due to its own breach of contract.

**FIFTH AFFIRMATIVE DEFENSE**

12. Defendants counterclaims are barred, in whole or in part, by contract.

## RESERVATION OF RIGHTS

Plaintiffs hereby give notice that they intend to rely on any additional affirmative defenses that become available or apparent during discovery and thus reserve the right to amend this Reply to Counterclaims and Affirmative Defenses to assert such or any other additional defenses.

Dated: New York, New York
February 2, 2015

Darren Oved, Esq.
Adam S. Katz, Esq.
OVED & OVED LLP
*Attorneys for Plaintiffs*
401 Greenwich Street
New York, NY 10013
Tel: 212.226.2376