# EXHIBIT 2

# TO TSUNIS DECLARATION

# *LAW OFFICE OF THOMAS VENTURA*

CLOSING STATEMENT FOR TITLE TRANSFER
OF THE PREMISES KNOWN AS
415 LIBERTY AVENUE, PORT JEFFERSON, NEW YORK
(Multiple Lots Listed on Title Report & Transfer Documents)

Liberty Meadows, LLC. from Howard Wunderlich & Adeline Wunderlich Trusts
March 29, 2007

| PARTIES: | | |
|---|---|---|
| | Buyer | : Liberty Meadows, LLC. |
| | Buyer's Attorney | : Thomas Ventura, Esq. (for purposes of closing only) |
| | Seller | : Howard Wunderlich & Adeline Wunderlich Trusts |
| | Seller's Attorney | : Gary Weintraub, Esq. |
| | Title Company | : Barrister Land, LLC by Robert Finn |

Thomas Ventura

| SELLERS CREDITS | | BUYERS CREDITS | |
|---|---|---|---|
| Purchase Price: | $8,012,433.97 | Downpayment: | $1,312,076.28 |
| Tax Adjustment: | $13,865.43 | Mortgage Fee: | $689.00 |
| Fuel: | $5,093.00 | Per diem interest: | $12,850.00 |
| Gross Due Seller: | $8,031,392.40 | Mortgage Insurance | $2,801.00 |
| Less Buyer Credits: | $1,528,416.28 | Credit for condo unit: | $200,000.00 |
| DUE SELLER: | $6,502,976.12 | TOTAL | $1,528,416.28 |
| **DISBURSEMENTS** | | **TITLE DISBURSEMENTS** | |
| Points: | $ n/a | Fee Title Insurance: | $28,940.00 |
| Origination Fee: | $ n/a | Mort Title Insurance: | $5,603.00 |
| Commitment Fee: | $ n/a | Mortgage Tax: | $63,000.00 |
| Bank Attorney Fee: | $ | Mortgage Recording: | $265.00 |
| Credit Check: | $ | Deed Recording: | $795.00 |
| Tax Service Fee: | $ | Municipal Searches: | $345.00 |
| Document Preparation: | $500.00 | Endorsements: | $100.00 |
| (Mortgage Prep fee to Weintraub) | | Extra Chain Search | $345.00 |
| Prepaid Interest: | $ | | |
| TOTAL: | $500.00 | TOTAL | > $99,393.00 |
| **ESCROWS TO BANK** | | **MORTGAGE PROCEEDS** | |
| Real Estate Taxes: | $ n/a | Gross Mortgage | $6,000,000.00 |
| MIP/PMI: | $ n/a | Disbursements | $ |
| Aggregate Adjustment | $ n/a | Net Mortgage | $6,000,000.00 |
| TOTAL ESCROW TO BANK | $ | | |
| **MISC. DISBURSEMENTS** | | **MODE OF PAYMENT** | |
| Legal Fees: | $2,000.00 | Mortgage Proceeds: | $6,000,000.00 |
| Termite Report: | $ n/a | Certified Bank Funds | $500,367.69 |
| Cesspool Cert: | $ n/a | Liberty Meadow Check | $2,618.43 |
| Gratuity | $ n/a | | $ |
| TOTAL | $2,000.00 | | $6,502,986.12 |

NOTE: $300,000.00 Credit due on Mortgage and Note upon Satisfaction of said mortgage in the amount of $5,700,000 plus interest due. Liberty Meadows will execute a Contract of Sale to Seller for any unit for Ten ($10.00) Dollars.