UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB -3 2016 ★ LONG ISLAND OFFICE

HOWARD O. WUNDERLICH, as Trustee of the HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH in her Individual Capacity, and as Trustee of the ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

Plaintiffs,

-against-

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, and ENRICO SCARDA,

Defendants.

Case No. 2:14-cv-06936 (LDW)(GRB)

**Via ECF / Courtesy Copy**

**ORDER TO SHOW CAUSE**

Upon the annexed Declaration of Linda U. Margolin, dated February 1, 2016,

**LET** Defendants Liberty Meadows, LLC, Demetrius Tsunis and Enrico Scarda and Plaintiffs Howard O. Wunderlich, as Trustee of the HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST and Adeline E. Wunderlich in her Individual Capacity, and as Trustee of the ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST show cause before this Court, at the Courthouse located at, 100 Federal Plaza, Central Islip, New York 11722, Courtroom 940, before Senior United States District Court Judge, the Hon. Leonard D. Wexler, on the 4th day of February, 2016, at 10:30 a.m./p.m., or as soon thereafter as counsel can be heard, why an Order should not be made and entered, pursuant to Local Civil Rule 1.4, permitting the law firm of BRACKEN MARGOLIN BESUNDER LLP to withdraw as counsel for the Defendants Liberty Meadows, LLC, Demetrius Tsunis and Enrico Scarda; and it is

**ORDERED**, that pending the hearing and determination of this application, all further proceedings in this action are stayed; and further

**LET** service of a copy of this Order to Show Cause and the papers upon which it was granted, via electronic mail and/or overnight mail, upon the Defendants Liberty Meadows, LLC, Demetrius Tsunis and Enrico Scarda, and upon counsel for the Plaintiffs, on or before February 8th, 2016, be deemed good and sufficient service thereof.

Dated: February 3, 2016

Leonard D. Wexler U.S.D.J.