UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

HOWARD O. WUNDERLICH, as Trustee of the HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH in her Individual Capacity, and as Trustee of the ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

Plaintiffs,

-against-

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, and ENRICO SCARDA,

Defendants.

-------------------------------------------------------------------X

Case No. 2:14-cv-06936 (LDW)(GRB)

**Via ECF**

**DECLARATION OF SUSANN INGBRETSEN**

I, Susann Ingbretsen, being duly sworn, make the following declaration, under the penalty of perjury, pursuant to 28 U.S.C. § 1746(2):

1. I am not a party to the action. I am over eighteen (18) years of age, and I reside at Kings Park, New York.

2. On February 4, 2016, I served the *Order To Show Cause to Withdraw as Attorney*, together with the *Declaration of Linda U. Margolin* (the papers upon which it was granted), upon:

Defendant Liberty Meadows, LLC
E-mail Address: c/o jtsunis@northwindgroup.com

Defendant Demetrius Tsunis
E-mail Address: jtsunis@northwindgroup.com

Defendant Enrico Scarda
E-mail Address: e.scarda@thecrestgroupLLC.com

and upon,

Adam S. Katz, Esq.
*Counsel for Plaintiffs*
E-mail Address: akatz@ovedlaw.com

via E-mail delivery in PDF format to the e-mail addresses provided by Defendants and counsel for Plaintiffs, and the computer e-mail program indicated that the message with the papers as an attachment had been successfully sent.

Dated: February 5, 2016

Susann Ingbretsen
Susann Ingbretsen