UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

HOWARD O. WUNDERLICH, AS TRUSTEE OF THE HOWARD O. WUNDERLICH REVOCABLE LIVING TRUST AND ADELINE E. WUNDERLICH, IN HER INDIVIDUAL CAPACITY, AND AS TRUSTEE OF THE ADELINE E. WUNDERLICH REVOCABLE LIVING TRUST,

Plaintiffs,

-against-

LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, AND ENRICO SCARDA,

Defendants.

-------------------------------------------------------------------------X

**Docket No.: 2:14-CV-06936 (LDW)(GRB)**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the firm of CAMPOLO, MIDDLETON & MCCORMICK, LLP, hereby appears in the above entitled action and that the undersigned are admitted or otherwise authorized to practice in this court and have been retained as attorney(s) for Defendants LIBERTY MEADOWS, LLC, DEMETRIUS TSUNIS, AND ENRICO SCARDA.

Dated: April 14, 2016
Ronkonkoma, New York

**CAMPOLO, MIDDLETON & McCORMICK, LLP**

By: **Patrick McCormick, Esq.**
*Attorneys for Defendants Liberty Meadows, LLC, Demetrius Tsunis, and Enrico Scarda*
4175 Veterans Memorial Highway- Ste. 400
Ronkonkoma, New York 11779
(631) 738-9100

To: All Parties (*Via ECF*)

[2252-001/941674/1]