# OVED & OVED LLP
## ATTORNEYS

April 29, 2016

**VIA ECF**

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY – 2 2016   ★

LONG ISLAND OFFICE

Re:   *Howard O. Wunderlich, as Trustee et al. v. Liberty Meadows, LLC, et al.* Case No: 2:14-cv-06936

Dear Judge Wexler:

This law firm represents Plaintiffs in the above-referenced lawsuit and writes to inform the Court that the parties to the above-referenced action entered into a settlement agreement, dated April 29, 2016 (the "Settlement Agreement"). Defendants Liberty Meadows, LLC, Demetrius Tsunis, and Enrico Scarda (collectively "Defendants") have agreed to pay Plaintiffs $795,000.00 by May 27, 2016, with a cure period until June 15, 2016; or, $925,000 after June 15, 2016 (the "Settlement Sum"). Once the Settlement Sum is paid, the parties shall file a stipulation of discontinuance pursuant to Fed. R. Civ. P. 41. Accordingly, there is no need to proceed with the trial, currently scheduled for May 2, 2016.

In the event that Defendants do not pay the Settlement Sum by the prescribed deadline, Defendants shall be in default of the Settlement Agreement and Plaintiffs will be entitled to enter a judgment against the defendants, jointly and severally, for any unpaid amounts up to $925,000, without notice. Accordingly, as the parties have consented in the Settlement Agreement, we request that the Court retain jurisdiction over this matter under the above-referenced civil action number for purposes of enforcing the terms of the Settlement Agreement.

We thank the Court for its attention to this request.

Respectfully submitted,

Adam S. Katz, Esq.

Enclosures

cc:   Patrick McCormick, Esq., Counsel for Defendants

*[Handwritten annotation:]* The request granted. Counsel is directed to file a stipulation of discontinuance within 45 days of this order. SO ORDERED.

USDJ, Leonard D. Wexler
Central Islip, NY
5/2/16

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM