FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 30 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HOWARD O. WUNDERLICH, AS TRUSTEE OF THE
HOWARD O. WUNDERLICH REVOCABLE
LIVING TRUST AND ADELINE E.
WUNDERLICH, IN HER INDIVIDUAL CAPACITY,
AND AS TRUSTEE OF THE ADELINE E.
WUNDERLICH REVOCABLE LIVING TRUST,

                      Plaintiffs,

-against-

LIBERTY MEADOWS, LLC, DEMETRIUS
TSUNIS, AND ENRICO SCARDA,

                      Defendants.
----------------------------------------------------------------X

Docket No.: 2:14-CV-06936
(LDW)(GRB)

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action, inclusive of all claims and counterclaims asserted therein, is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own costs and fees.

Dated: April 29, 2016

CAMPOLO, MIDDLETON
& McCORMICK, LLP

By: _____
Patrick McCormick, Esq.
Jeffrey V. Basso, Esq
4175 Veterans Memorial Highway
Suite 400
Ronkonkoma, New York 11779
(631) 738-9100
*Attorneys for Defendants*

OVED & OVED, LLP

By: _____
Darren Oved, Esq.
Adam S. Katz, Esq.
401 Greenwich Street
New York, New York 10013
(212) 226-2376
*Attorneys for Plaintiffs*

So Ordered

s/ Leonard D. Wexler

Central Islip, NY
6/30/16

7427027.1